# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOEL QUINONES-RIOS,<br><br>Defendant. | Case No. 20-CR-30-2-JPS<br><br>**ORDER** |

On February 11, 2020, the Grand Jury returned a forty-four-count indictment (the "Indictment") in which it charged Defendant with violations of 21 U.S.C. §§ 841(b)(1)(A) and 846, and 18 U.S.C. § 1956(h). (Docket #151). The parties have since filed a plea agreement as to Count One of the Indictment, and the Government has agreed to dismiss Count Seven at sentencing. (Docket #594).

On September 22, 2021, the parties appeared before Magistrate Judge William E. Duffin, via videoconference, for a plea colloquy pursuant to Federal Rule of Civil Procedure 11. (Docket #608). During the plea colloquy, Defendant pleaded guilty to Count One of the Indictment. (*Id.* at 1). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that Defendant's plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #609 at 1).

Magistrate Judge Duffin filed a Report and Recommendation, in which he recommends that (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), Magistrate Judge Duffin advised the parties that written objections to the recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) Neither party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection(s) thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (Docket #609) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 7th day of October, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge