# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>DAVID JOEL QUINONES-RIOS,<br><br>                 Defendant. | Case No. 20-CR-30-2-JPS<br><br>**ORDER** |

      On October 6, 2021, the Court granted the Government's motion for a preliminary order of forfeiture as to certain property of Defendant. (Docket #628). The Government now seeks to convert that preliminary order into a final order pursuant to 21 U.S.C. § 853. (Docket #711). The Court, having reviewed the Government's submissions and the relevant authorities, and being satisfied that the required notice has been given, (*see* Docket #666), will grant the motion.

      Accordingly,

      **IT IS ORDERED** that the Government's motion for entry of a final order of forfeiture (Docket #711) be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853, the United States of America has clear title to the following property and may dispose of it according to law:

      1. Ruger Security-9 9mm pistol, bearing serial number 38143596, with 12 rounds of ammunition and magazine, seized on June 2, 2020, from XX Palmas del Mar Humacao, Puerto Rico (item wwww of the forfeiture notice of the Indictment);

2. Approximately $13,795.00 in United States currency seized on June 2, 2020, from XX Palmas del Mar Humacao, Puerto Rico (item xxxx of the forfeiture notice of the Indictment); and

3. Miscellaneous jewelry seized on June 2, 2020, from XX Palmas del Mar Humacao, Puerto Rico (item yyyy of the forfeiture notice of the Indictment).

Dated at Milwaukee, Wisconsin, this 10th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge